JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE GOLDSBERRY,<br><br>    Plaintiff,<br>    v.<br><br>STRYKER CORPORATION, a Michigan Corporation; STRYKER SALES CORPORATION, a Michigan Corporation, and DOES 1-10,<br><br>    Defendants | CASE NO. 8:12-cv-00259-R-SS<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO STRYKER CORPORATION AND STRYKER SALES CORPORATION** |

**IT IS HEREBY ORDERED** that the above-captioned action by Plaintiff Candice Goldsberry is hereby dismissed against defendants Stryker Corporation and Stryker Sales Corporation with prejudice. Each party will bear its own costs of this action.

DATED: February 15, 2013         UNITED STATES DISTRICT COURT

By: _____
The Honorable Manuel L. Real

2162213v.1                                     1